

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00575-CV

Charles Victor **WILLIAMS**,
Appellant

v.

Scott **STILES** and Martha Stiles,
Appellees

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-06819
Honorable Richard Price, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. In light of our disposition of this appeal, appellees' "Motion to Waive Appellant's Complaints due to Inadequate Briefing" is MOOT. It is ORDERED that no costs be assessed against appellant in relation to his appeal because he is indigent.

SIGNED March 18, 2020.

_____
Rebeca C. Martinez, Justice